UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TELLY SAVLAES AMBROSE | CIVIL ACTION |
| VERSUS | NO. 22-1876 |
| JEFFERSON PARISH DETENTION CENTER | SECTION "R" (5) |

## ORDER

Plaintiff Telly Savlaes Ambrose brought claims pursuant to 42 U.S.C. § 1983 against the Jefferson Parish Detention Center, Jefferson Parish Medical Direct Health, Sheriff Joseph P. Lopinto, III, and Chief Sue Ellen Monfra.[1] On March 2, 2023, Magistrate Judge Michael B. North issued a Report and Recommendation (the "R&R") in which he recommends that this Court dismiss plaintiff's claims against the Jefferson Parish Detention Center with prejudice on the grounds that it "is not a person or suable entity to be held liable under Section 1983."[2]

Plaintiff did not object to the R&R. Therefore, this Court reviews the R&R for clear error. *See Douglass v. United Servs. Auto. Ass'n,* 79 F.3d 1415, 1430 (5th Cir. 1996) (en banc)*, superseded by statute on other grounds*, 28 U.S.C. § 636(b)(1)*; see also* Fed. R. Civ. P. 72(b) advisory committee's note

---

[1] R. Doc. 3.
[2] R. Doc. 15.

(1983) ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). The Court finds no clear error. Therefore, the Court adopts Magistrate Judge North's R&R as its opinion.

Accordingly, the Court orders plaintiff's claims against the Jefferson Parish Detention Center are DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this __20th__ day of March, 2023.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE