UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TELLY SAVLAES AMBROSE | CIVIL ACTION |
| VERSUS | NO. 22-1876 |
| JEFFERSON PARISH DETENTION CENTER, ET AL. | SECTION "R" (5) |

## **ORDER**

On July 12, 2022, plaintiff Telly Ambrose filed this lawsuit against defendants Jefferson Parish Detention Center, Jefferson Parish Medical Direct Health, Joseph P. Lopinto, III, and Sue Ellen Monfra.[1] On June 8, 2023, the Court notified plaintiff that "Jefferson Parish Medical Direct Health" is not a properly-named medical entity at the Jefferson Parish Detention Center, and directed him to amend his complaint to name the correct medical entity at the facility by June 30, 2023.[2] Plaintiff failed to respond to that Order. Thereafter, Chief Magistrate Judge Michael B. North issued a Report and Recommendation ("R&R") in which he recommends that plaintiff's claims against "Jefferson Parish Medical Direct Health" be dismissed without prejudice.[3]

---

[1]    R. Doc. 3.
[2]    R. Doc. 17.
[3]    R. Doc. 19.

No party objected to the R&R. The Court thus reviews the R&R for clear error. *See Douglass v. United Servs. Auto. Ass'n,* 79 F.3d 1415, 1430 (5th Cir. 1996) (en banc)*, superseded by statute on other grounds*, 28 U.S.C. § 636(b)(1)*; see also* Fed. R. Civ. P. 72(b) advisory committee's note (1983) ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). The Court finds no clear error. Therefore, the Court adopts Magistrate Judge North's R&R as its opinion.

Accordingly, the Court DISMISSES WITHOUT PREJUDICE plaintiff's claims against "Jefferson Parish Medical Direct Health" pursuant to Federal Rule of Civil Procedure 4(m).

New Orleans, Louisiana, this __25th__ day of August, 2023.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE